# 956 CASES REPORTED WITH BRIEF SYLLABI.

ARTHUR J. McCULLOUGH and Another, Respondents, v. JOHN J. McCULLOUGH, Respondent. MINNIE ALMA McCULLOUGH, Appellant.— Motion to resettle order granted, and resettled order signed. Present — Jenks, P. J., Thomas, Putnam, Blackmar and Kelly, JJ.

FRANK PARKER, Respondent, v. JOHN C. LANGAN, Appellant.— Motion denied, without costs. Present — Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ.

THE PEOPLES TRUST COMPANY, as Guardian of the Estate of LESLIE C. BRUCE, JR., an Infant, Respondent, v. ELIZABETH JOHNSON and Others, Defendants. JAMES T. TAYLOR, Appellant.— Motion denied, without costs. Present — Jenks, P. J., Thomas, Putnam, Blackmar and Kelly, JJ.

PLATT & WASHBURN REFINING COMPANY, Respondent, v. PATERSON BREWING AND MALTING COMPANY, Appellant.— Motion denied, without costs. Present — Jenks, P. J., Thomas, Blackmar, Kelly and Jaycox, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SALVATORE CAPPOLA, Appellant, v. THE WARDEN OF THE CITY PRISON, Respondent.— Motion granted. Present — Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ.

FANNIE RADER, Respondent, v. MARK COHEN, Appellant.— Motion denied, on condition that appellant perfect the appeal, place the case on the calendar for Tuesday, October 8, 1918, and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ.

SOLOMON ROSENBAUM, Appellant, v. ALBERTO ROTUNNO and GENERO VELLETRI, Respondents.— Motion granted, with ten dollars costs. Present — Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ.

ANSELM STOLLBERG and MARGARETHA STOLLBERG, Respondents, v. NEW YORK, WESTCHESTER AND BOSTON RAILWAY COMPANY and THE CITY AND COUNTY CONTRACT COMPANY, Appellants.— Motion denied, without costs. Present — Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ.

EUGENE ZAISS, Plaintiff, v. GEORGE C. HEIMERDINGER COMPANY, Defendant.— Motion for stay granted on condition that defendant perfect its appeal and be ready for argument on Wednesday, July 31, 1918, for which day the appeal is ordered on; otherwise, motion denied, with ten dollars costs. Present — Jenks, P. J., Thomas, Putnam, Blackmar and Kelly, JJ.

GEORGE BECH, as Administrator, etc., Respondent, v. ATLANTIC STEVEDORING COMPANY, Appellant, and Others, Defendants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Mills, Kelly and Jaycox, JJ.

MARY BERGIN, as Administratrix, etc., of WILLIAM BERGIN, Deceased, Respondent, v. WESTCHESTER ELECTRIC RAILROAD COMPANY, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, on the ground that the evidence did not justify a finding of negligence on the part of the motorman. Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concurred.

WALTER S. BOLD, as Administrator, etc., of LILLIAN G. BOLD, Deceased, Respondent, v. THOMAS CUSHING, Appellant.— Order reversed, upon the ground that there is no evidence or data that justified the court in sub-